Catherine FLYNN ex rel. LEE YOU QUOCK, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.

Circuit Court of Appeals, First Circuit.
May 31, 1929.

No. 2329.

Walter Bates Farr, of Boston, Mass. (E. F. Damon, of Boston, Mass., on the brief), for appellant.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before BINGHAM and ANDERSON, Circuit Judges, and MORRIS, District Judge.

PER CURIAM. The decree of the District Court is affirmed, without opinion.

Ernestina FRANCA, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.

Circuit Court of Appeals, First Circuit.
April 25, 1929.

No. 2327.

Joseph G. Kelly, of Boston, Mass., for appellant.

Frederick H. Tarr, U. S. Atty., and John W. Schenck, Asst. U. S. Atty., both of Boston, Mass., for appellee.

PER CURIAM. On motion of appellee, dismissed for want of prosecution.

GENERAL MOTORS ACCEPTANCE CORPORATION, Claimant, Appellant, v. UNITED STATES, Appellee. (Title in District Court: United States v. One Chevrolet Coach, Motor No. 3800766, Mass. Reg. 140265.)

Circuit Court of Appeals, First Circuit.
May 25, 1929.

No. 2357.

Joseph A. Conway, of Boston, Mass., for appellant.

Frederick H. Tarr, U. S. Atty., and John W. Schenck, Asst. U. S. Atty., both of Boston, Mass., for appellee.

PER CURIAM. On motion of appellee, case docketed and dismissed for want of prosecution.

GILBERT'S PATENTS, Ltd., Appellant, v. SMITH & WESSON, Inc., Appellee.

Circuit Court of Appeals, First Circuit.
October 22, 1929.

No. 2374.

Harold Williams, Jr., of Boston, Mass. (Frank A. Lynch, of Boston, Mass., on the brief; William W. Hoppin and Herbert P. Coats, both of New York City, of counsel), for appellant.

Harold P. Small, of Springfield, Mass., for appellee.

Before BINGHAM and ANDERSON, Circuit Judges, and WILSON, District Judge.

PER CURIAM. The judgment of the District Court for Massachusetts [30 F.(2d) 296] is affirmed, on the ground that the parties did not intend to be bound until a formal contract embodying all the terms of the contemplated license agreement was drawn up and signed.

Judgment affirmed, with costs to appellee.